# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCKEEVER, | ) | Case No. 2:21-cv-00891 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| MIDWEST EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 14th day of October, 2021.

*/s/Trisha M. Breedlove*
Trisha M. Breedlove (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

*/s/Janay M. Stevens* (email approval on 9/29/21)
Janay M. Stevens (0090515)
Jonathan R. Vaughn (0022897)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Telephone: (614) 464-5428
Facsimile: (614) 719-4957
jmstevens@vorys.com
jrvaughn@vorys.com
*Counsel for Defendant*